AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

NNAMDI OPARA

Defendant(s)

Case No. 25-mj-7242-JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 21, 2023 & July 3, 2023 in the county of Essex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Jeremy Costa.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jeremy Costa

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4:47 PM, Jun 4, 2025

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge

*Printed name and title*