**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** II **Investigating Agency** IRS/USPIS

**City** Saugus

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ________ Case No. ________

Same Defendant ________ New Defendant ________

Magistrate Judge Case Number 25-mj-7242-JCB

Search Warrant Case Number ________

R 20/R 40 from District of ________

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See below ☑ Yes ☐ No

**Defendant Information:**

Defendant Name NNAMDI OPARA Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ________

Address: Woburn, MA

Birth date (Yr only): 1994 SSN (last 4#): 8629 Sex: M Race ________ Nationality: ________

**Defense Counsel if known:** ________ Address: ________

Bar Number: ________

**U.S. Attorney Information**

AUSA: Brian J. Sullivan Bar Number if applicable: 676186

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ________

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ________

**Arrest Date:** ________

☐ Already in Federal Custody as of ________ in ________.

☐ Already in State Custody at ________ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ________ on ________

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ________ ☐ Misdemeanor ________ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/3/2025 Signature of AUSA: */s/ Brian J. Sullivan*

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Nnamdi Opara

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of government funds | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related cases: 25-mj-7239-7241; 7243-7246-JCB